UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
MAR 2 4 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

11-1701 (FSH)

BRIAN SAMPSON and MARIA SAMPSON, his wife

    Plaintiffs,

-vs.-

GLOCK Ges.m.b.H., GLOCK, INC., SAFARILAND, LLC, STREAMLIGHT CORP., ABC CORP. 1-10

    Defendants.

**NOTICE OF REMOVAL**

Defendant, GLOCK, INC., by and through its counsel, pursuant to 28 U.S.C. §§1441(a) and 1446, hereby gives notice of the removal of this cause of action from the Superior Court of New Jersey Law Division, Morris County (Docket no. MRS-L-434-11) to the United States District Court for the District of New Jersey, and in support thereof states:

    1.    On February 10, 2011, an action was filed against the defendant, GLOCK, INC., in the Superior Court of New Jersey, Law Division, Morris County entitled *Brian Sampson and Maria Sampson v. Glock Ges.m.b.H., Glock, Inc., Safariland, LLC, Streamlight Corp., and ABC Corp. 1-10*, said action being filed bearing Docket no. MRS-L-434-11.

    2.    GLOCK, INC., received the Summons and Complaint on or after March 4, 2011. A copy of the Summons and Complaint received by GLOCK, INC. is attached hereto as Exhibit "A." SAFARILAND, LLC received the Summons and Complaint on or after March 7, 2011. A copy of the Summons and Complaint received by SAFARILAND, LLC is attached hereto as Exhibit "B".

    3.    This case involves claims for product liability arising out of the alleged purchase and use of a Glock Model pistol, Safariland Model holster, and a Streamlight Model tactical light by

plaintiff. The claims are asserted against all defendants, including removing defendant GLOCK, INC.

4. Upon information and belief, and as set forth in the attached Complaint, plaintiff is a resident and citizen of the State of New Jersey. Specifically, plaintiff resides at 21 Snover Road, Wantage, Sussex County, New Jersey.

5. Defendant, GLOCK, INC. is a Georgia Corporation with its principal place of business in Smyrna, Georgia. Defendant, SAFARILAND, LLC is a limited liability company duly organized under the laws of Delaware with its principal place of business in Florida. Safariland's sole member is Armor Holdings, Inc., which is a Delaware corporation with its principal place of business in Virginia. Upon information and belief, STREAMLIGHT CORP. is a Delaware corporation with its principal place of business in Eagleville, Pennsylvania. Upon information and belief, GLOCK Ges.m.b.H. is an Austrian corporation with its principal place of business in Austria. As such, this action involves a New Jersey plaintiff, a Georgia defendant, an Austrian defendant, and two Delaware defendants, one with its principal place of business in Virginia and the other with its principal place of business in Pennsylvania, so that full diversity of parties exists.

6. The Complaint alleges that plaintiff was shot in the ankle and suffered severe bodily injuries. Plaintiff also seeks the recovery of "interest and costs of suit." Thus, the matter under controversy, by virtue of plaintiff's claims for compensatory damages, exceeds the sum of $75,000.00.

7. Therefore, this action is one over which this U.S. District Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a) and which is removable pursuant to the provisions of 28 U.S.C. §1441(a).

8. The removing defendant, GLOCK, INC., has contacted and received consent for this removal from co-defendant, Safariland, LLC, who joins in this Notice of Removal. Upon information and belief, and based upon telephone conversations with Jeff Gregory, General Counsel for Streamlight, Corp., and counsel for Glock Ges.m.b.H., no other defendants have been served with the plaintiffs' complaint at this time.

9. For the foregoing reasons, defendant GLOCK, INC. respectfully requests that this action now pending against it in the Superior Court of New Jersey, Law Division, Morris County (Docket No. MRS-L-434-11) be removed to the United States District Court for the District of New Jersey.

Dated: White Plains, New York
March 23, 2011

Respectfully submitted,

**RENZULLI LAW FIRM, LLP**

*James M. Brown*
James M. Brown, Esq.
81 Main Street, Suite 508
White Plains, New York 10601
Tel. No.: (914) 285-0700
Fax. No.: (914) 285-1213

Attorneys for Defendant
GLOCK, INC.

-AND-

**KANE KESSLER**

*/s/ Arthur Rosenberg*

Arthur Rosenberg, Esq.
1350 Avenue of the Americas
New York, New York 10019
Tel. No.: (212) 519-5147
Fax. No.: (212) 245-3009

Attorneys for Defendant
SAFARILAND, LLC

RECEIVED
MAR 2 4 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF REMOVAL** has been served upon the below counsels of record and named parties on March 23, 2011 by United States Mail, postage paid, addressed to:

Robert D. Kobin, Esq.
Nusbaum, Stein, Goldstein, Bronstein & Korn, P.A.
20 Commerce Boulevard
Succasunna, NJ 07876
Attorney for plaintiff

Arthur Rosenberg, Esq.
Kane Kessler
1350 Avenue of the Americas
New York, NY 10019
Attorneys for Defendant
SAFARILAND, LLC

Jeff Gregory, Esq.
Streamlight, Corp.
30 Eagleville Road
Eagleville, PA  19403

Glock Ges.m.b.H.
P.O. Box 9
A2232 Deutsch Wagram
Austria

By: _____
James M. Brown, Esq.